# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2014

## NO. 03-13-00488-CV

**U.S. Bank National Association, Appellant**

**v.**

**Falcon Pointe Community Association, Inc., Appellee**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on January 22, 2012. U.S. Bank National Association has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.